Certificate Number: 15317-PAM-DE-031787661

Bankruptcy Case Number: 11-04125


15317-PAM-DE-031787661

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 20, 2018</u>, at <u>10:01</u> o'clock <u>AM PDT</u>, <u>Alexander P Vo</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: October 20, 2018      By: /s/Julie Dumlao

Name: Julie Dumlao

Title: Counselor