```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04125-RNO
Alexander P. Vo                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: LyndseyPr    Page 1 of 2    Date Rcvd: Nov 16, 2018
    Form ID: ntnew341    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
```
db             +Alexander P. Vo,    50 Fox Street,    Harrisburg, PA 17109-3811
5114232         Affiliate Asset Solutions, LLC,    Acct No 0411269841,    145 Technology Parkway, NW,    Suite 100,
                  Norcross, GA 30092-2913
5114243        +CW Nexus Credit Card,    Acct No 4493 1100 1381,    101 Crossways Park,    Woodbury, NY 11797-2020
5120867         CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
5114234         Camp Hill ER Physicians,    P.O. Box 13693,    Philadelphia, PA 19101-3693
5121438         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5114237        +Chase Bank One Card,    Acct No 4266 8415 7129,    P.O. Box 15298,    Wilmington, DE 19850-5298
5114238        +Chase Bank One Card,    Acct No 4266 8415 7129 0251,    P.O. Box 15298,
                  Wilmington, DE 19850-5298
5114239        +Client Services, Inc.,    Acct No 5150,    P.O. Box 1503,    Saint Peters, MO 63376-0027
5114240         Comcast,    Acct No 8993 1105 8020 7990,    Xfinity,    P.O. Box 3001,
                  Southeastern, PA 19398-3001
5114241        +Convergent Outsourcing,    Acct No T-58018600,    800 SW 39th Street,    P.O. Box 9004,
                  Renton, WA 98057-9004
5114247         FST Commonwealth F.C.U.,    Acct No 9754 384,    P.O. Box 20030,    Lehigh Valley, PA 18002-0030
5128002        +First Commonwealth FCU,    PO Box 20030,    Lehigh Valley, PA 18002-0030
5114248        +JH Portfolio Debt Equity,    Acct No 2083 P121,    5757 Phantom Drive,    Suite 225,
                  Hazelwood, MO 63042-2429
5114251         Merrick Bank,    Acct No 4493 1100 1381 2279,    P.O. Box 660175,    Dallas, TX 75266-0175
5114252         Nationwide Advantage Mortgage,    Acct No 2000 76,    1100 Locust Street,    Department 2009,
                  Des Moines, IA 50391-2009
5114253        +North Shore Agency,    Acct No 739184783,    270 Spagnoli Road,    Suite 110,
                  Melville, NY 11747-3515
5114256        +RUI Credit Services,    Acct No 8993 1105 8020 7990,    P.O. Box 1349,    Melville, NY 11747-0421
5114257       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court:  T-Mobile,    Acct No 959817567,    P.O. Box 51843,
                  Los Angeles, CA 90051-6143)
5114258        +The BonTon,    Acct No 2117 0100 1523,    P.O. Box 182789,    Columbus, OH 43218-2789
5114261        +Wells Fargo Bank,    Acct No 4465 4203 4720 8639,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5114233         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 19:31:00     Boscov's,
                  Acct No 5780 9760 6941 ****,    c/o Comenity Capital Bank,    P.O. Box 788,
                  Kirkland, WA 98083-0788
5121823         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 19:36:08
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5114235        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 19:36:08     Capital One Bank USA,
                  Acct No 5178 0585 6930 5330,    10700 Capital One Way,    Glen Allen, VA 23060-9243
5114236        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 19:36:37     Capital One Bank USA,
                  Acct No 4003 4491 8895 6682,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
5114242        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 19:31:56
                  Credit Collection Service,    Acct No 5959 ****,    P.O. Box 447,    Norwood, MA 02062-0447
5114244         E-mail/Text: bankruptcynotices@dcicollect.com Nov 16 2018 19:31:46     Diversified Consultants,
                  Acct No 0924 8412 4000 001,    P.O. Box 551268,    Jacksonville, FL 32255-1268
5114246        +E-mail/Text: bknotice@ercbpo.com Nov 16 2018 19:31:24     Enhanced Recovery Company,
                  Acct No 1931 7***,    P.O. Box 57547,    Jacksonville, FL 32241-7547
5114245        +E-mail/Text: bknotice@ercbpo.com Nov 16 2018 19:31:24     Enhanced Recovery Company,
                  Acct No 1761 6*** ****,    P.O. Box 57547,    Jacksonville, FL 32241-7547
5114249        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 16 2018 19:30:36     Kohl's Department Store,
                  Acct No 052 5494 282,    P.O. Box 3115,    Milwaukee, WI 53201-3115
5114250        +E-mail/Text: unger@members1st.org Nov 16 2018 19:31:55     Members 1st F.C.U.,
                  Acct No 3111 10***,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5114254         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 19:37:13
                  Portfolio Recovery Associates,    Acct No 2117 0100 1523 ****,    120 Corporate Bld,    Suite 100,
                  Norfolk, VA 23502-4962
5114255         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 19:47:51
                  Portfolio Recovery Associates,    Acct No 4003 4491 8895 ****,    120 Corporate Bld,    Suite 100,
                  Norfolk, VA 23502-4962
5114685        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 19:48:13
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5129043         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 19:31:00
                  Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
5118478         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 19:36:14     T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
5114259        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 19:30:29
                  Verizon Wireless,    Acct No 9248 4124 00**,    P.O. Box 26055,    Minneapolis, MN 55426-0055
5114260         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 19:36:35     Walmart Dual Card,
                  Acct No 5239 1411 1003 ****,    P.O. Box 965024,    Orlando, FL 32896-5002
                                                                                               TOTAL: 17
```

```
District/off: 0314-1           User: LyndseyPr              Page 2 of 2               Date Rcvd: Nov 16, 2018
                               Form ID: ntnew341            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor 1 Alexander P. Vo JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alexander P. Vo,      Chapter    13

**Debtor 1**

Case No.    1:18–bk–04125–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Location | Date/Time |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 13, 2018<br>Time: 09:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM     Date: November 16, 2018

ntnew341 (04/18)