```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-04125-RNO
Alexander P. Vo                                                     Chapter 13
           Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr              Page 1 of 2              Date Rcvd: Dec 14, 2018
                               Form ID: ntcnfhrg            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db            +Alexander P. Vo,    50 Fox Street,    Harrisburg, PA 17109-3811
5114232       +Affiliate Asset Solutions, LLC,    Acct No 0411269841,    145 Technology Parkway, NW,   Suite 100,
                Norcross, GA 30092-3536
5114243       +CW Nexus Credit Card,    Acct No 4493 1100 1381,    101 Crossways Park,   Woodbury, NY 11797-2020
5120867        CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
5114234        Camp Hill ER Physicians,    P.O. Box 13693,   Philadelphia, PA 19101-3693
5121438        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5114237       +Chase Bank One Card,    Acct No 4266 8415 7129,    P.O. Box 15298,   Wilmington, DE 19850-5298
5114238       +Chase Bank One Card,    Acct No 4266 8415 7129 0251,    P.O. Box 15298,
                Wilmington, DE 19850-5298
5114239       +Client Services, Inc.,    Acct No 5150,    P.O. Box 1503,   Saint Peters, MO 63376-0027
5114240        Comcast,   Acct No 8993 1105 8020 7990,    Xfinity,    P.O. Box 3001,
                Southeastern, PA 19398-3001
5114241       +Convergent Outsourcing,    Acct No T-58018600,    800 SW 39th Street,   P.O. Box 9004,
                Renton, WA 98057-9004
5134558        Directv, LLC,    by American InfoSource as agent,    PO Box 5008,   Carol Stream, IL 60197-5008
5114247        FST Commonwealth F.C.U.,    Acct No 9754 384,    P.O. Box 20030,   Lehigh Valley, PA 18002-0030
5128002       +First Commonwealth FCU,    PO Box 20030,    Lehigh Valley, PA 18002-0030
5138231        Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
5114251        Merrick Bank,    Acct No 4493 1100 1381 2279,    P.O. Box 660175,   Dallas, TX 75266-0175
5114252        Nationwide Advantage Mortgage,    Acct No 2000 76,    1100 Locust Street,   Department 2009,
                Des Moines, IA 50391-2009
5114253       +North Shore Agency,    Acct No 739184783,    270 Spagnoli Road,   Suite 110,
                Melville, NY 11747-3515
5132606        Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
5114256       +RUI Credit Services,    Acct No 8993 1105 8020 7990,    P.O. Box 1349,   Melville, NY 11747-0421
5114257       ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,    Acct No 959817567,   P.O. Box 51843,
                Los Angeles, CA 90051-6143)
5114258       +The BonTon,    Acct No 2117 0100 1523,    P.O. Box 182789,   Columbus, OH 43218-2789
5114261       +Wells Fargo Bank,    Acct No 4465 4203 4720 8639,    P.O. Box 14517,   Des Moines, IA 50306-3517
5132751        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5114233        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 19:49:57      Boscov's,
                Acct No 5780 9760 6941 ****,    c/o Comenity Capital Bank,   P.O. Box 788,
                Kirkland, WA 98083-0788
5121823        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 19:53:55
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
5114235       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 19:54:33      Capital One Bank USA,
                Acct No 5178 0585 6930 5330,    10700 Capital One Way,   Glen Allen, VA 23060-9243
5114236       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 19:53:55      Capital One Bank USA,
                Acct No 4003 4491 8895 6682,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
5114242       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2018 19:50:27
                Credit Collection Service,    Acct No 5959 ****,   P.O. Box 447,   Norwood, MA 02062-0447
5114244        E-mail/Text: bankruptcynotices@dcicollect.com Dec 14 2018 19:50:20      Diversified Consultants,
                Acct No 0924 8412 4000 001,    P.O. Box 551268,   Jacksonville, FL 32255-1268
5114246       +E-mail/Text: bknotice@ercbpo.com Dec 14 2018 19:50:12      Enhanced Recovery Company,
                Acct No 1931 7***,    P.O. Box 57547,   Jacksonville, FL 32241-7547
5114245       +E-mail/Text: bknotice@ercbpo.com Dec 14 2018 19:50:11      Enhanced Recovery Company,
                Acct No 1761 6*** ****,    P.O. Box 57547,   Jacksonville, FL 32241-7547
5114248       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 14 2018 19:50:33
                JH Portfolio Debt Equity,    Acct No 2083 P121 ***,   5757 Phantom Drive,   Suite 225,
                Hazelwood, MO 63042-2429
5114249       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2018 19:49:39      Kohl's Department Store,
                Acct No 052 5494 282,    P.O. Box 3115,   Milwaukee, WI 53201-3115
5114250       +E-mail/Text: unger@members1st.org Dec 14 2018 19:50:26      Members 1st F.C.U.,
                Acct No 3111 10***,    5000 Louise Drive,   Mechanicsburg, PA 17055-4899
5114254        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 19:54:35
                Portfolio Recovery Associates,    Acct No 2117 0100 1523 ****,   120 Corporate Bld,   Suite 100,
                Norfolk, VA 23502-4962
5114255        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 19:54:17
                Portfolio Recovery Associates,    Acct No 4003 4491 8895 ****,   120 Corporate Bld,   Suite 100,
                Norfolk, VA 23502-4962
5136670        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 20:05:18
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5114685       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 19:54:35
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5129043        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 19:49:56
                Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,   PO Box 788,
                Kirkland, WA 98083-0788
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5118478         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 19:54:38      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK   73124-8848
5136468         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 19:54:38      Verizon,
                 by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK   73124-8838
5114259        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 19:49:34
                  Verizon Wireless,    Acct No 9248 4124 00**,    P.O. Box 26055,    Minneapolis, MN 55426-0055
5114260         E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 19:54:12       Walmart Dual Card,
                  Acct No 5239 1411 1003 ****,    P.O. Box 965024,    Orlando, FL 32896-5002
                                                                                             TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor 1 Alexander P. Vo JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alexander P. Vo,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−04125−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 6, 2019 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 14, 2018 |

ntcnfhrg (03/18)