```
                                   United States Bankruptcy Court
                                   Middle District of Pennsylvania
In re:                                                                  Case No. 18-04125-HWV
Alexander P. Vo                                                         Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1         User: LyndseyPr           Page 1 of 2            Date Rcvd: Nov 07, 2019
                             Form ID: 3180WH           Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db             +Alexander P. Vo,    50 Fox Street,    Harrisburg, PA 17109-3811
5114232        +Affiliate Asset Solutions, LLC,    Acct No 0411269841,    145 Technology Parkway, NW,   Suite 100,
                 Norcross, GA 30092-3536
5114234         Camp Hill ER Physicians,    P.O. Box 13693,    Philadelphia, PA 19101-3693
5114247         FST Commonwealth F.C.U.,    Acct No 9754 384,    P.O. Box 20030,   Lehigh Valley, PA 18002-0030
5128002        +First Commonwealth FCU,    PO Box 20030,    Lehigh Valley, PA 18002-0030
5138231         Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
5114252         Nationwide Advantage Mortgage,    Acct No 2000 76,    1100 Locust Street,   Department 2009,
                 Des Moines, IA 50391-2009
5114253        +North Shore Agency,    Acct No 739184783,    270 Spagnoli Road,   Suite 110,
                 Melville, NY 11747-3515
5132606         Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
5114256        +RUI Credit Services,    Acct No 8993 1105 8020 7990,    P.O. Box 1349,   Melville, NY 11747-0421
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5114233         EDI: Q3G.COM Nov 08 2019 00:13:00      Boscov’s,    Acct No 5780 9760 6941 ****,
                 c/o Comenity Capital Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
5114243        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 07 2019 19:11:52      CW Nexus Credit Card,
                 Acct No 4493 1100 1381 ****,    101 Crossways Park,   Woodbury, NY 11797-2020
5120867         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 07 2019 19:12:05
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
5121823         EDI: CAPITALONE.COM Nov 08 2019 00:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
5114235        +EDI: CAPITALONE.COM Nov 08 2019 00:13:00      Capital One Bank USA,
                 Acct No 5178 0585 6930 5330,    10700 Capital One Way,   Glen Allen, VA 23060-9243
5114236        +EDI: CAPITALONE.COM Nov 08 2019 00:13:00      Capital One Bank USA,
                 Acct No 4003 4491 8895 6682,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
5121438         EDI: BL-BECKET.COM Nov 08 2019 00:14:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5114237        +EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Bank One Card,    Acct No 4266 8415 7129 ****,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
5114238        +EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Bank One Card,    Acct No 4266 8415 7129 0251,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
5114239        +E-mail/Text: mediamanagers@clientservices.com Nov 07 2019 19:09:29     Client Services, Inc.,
                 Acct No 5150,    P.O. Box 1503,    Saint Peters, MO 63376-0027
5114240         EDI: COMCASTCBLCENT Nov 08 2019 00:14:00      Comcast,    Acct No 8993 1105 8020 7990,   Xfinity,
                 P.O. Box 3001,    Southeastern, PA 19398-3001
5114241        +EDI: CONVERGENT.COM Nov 08 2019 00:13:00      Convergent Outsourcing,    Acct No T-58018600,
                 800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
5114242        +EDI: CCS.COM Nov 08 2019 00:13:00      Credit Collection Service,    Acct No 5959 ****,
                 P.O. Box 447,    Norwood, MA 02062-0447
5134558         EDI: DIRECTV.COM Nov 08 2019 00:13:00      Directv, LLC,   by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL 60197-5008
5114244         EDI: DCI.COM Nov 08 2019 00:13:00      Diversified Consultants,    Acct No 0924 8412 4000 001,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
5114246        +E-mail/Text: bknotice@ercbpo.com Nov 07 2019 19:09:44      Enhanced Recovery Company,
                 Acct No 1931 7***,    P.O. Box 57547,    Jacksonville, FL 32241-7547
5114245        +E-mail/Text: bknotice@ercbpo.com Nov 07 2019 19:09:44      Enhanced Recovery Company,
                 Acct No 1761 6*** ****,    P.O. Box 57547,    Jacksonville, FL 32241-7547
5114248        +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 07 2019 19:10:00
                 JH Portfolio Debt Equity,    Acct No 2083 P121 ***,    5757 Phantom Drive,   Suite 225,
                 Hazelwood, MO 63042-2429
5114249        +E-mail/Text: bncnotices@becket-lee.com Nov 07 2019 19:09:31      Kohl’s Department Store,
                 Acct No 052 5494 282,    P.O. Box 3115,    Milwaukee, WI 53201-3115
5114250        +E-mail/Text: unger@members1st.org Nov 07 2019 19:09:55     Members 1st F.C.U.,
                 Acct No 3111 10***,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5114251         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 07 2019 19:11:40      Merrick Bank,
                 Acct No 4493 1100 1381 2279,    P.O. Box 660175,    Dallas, TX 75266-0175
5114254         EDI: PRA.COM Nov 08 2019 00:13:00      Portfolio Recovery Associates,
                 Acct No 2117 0100 1523 ****,    120 Corporate Bld,   Suite 100,   Norfolk, VA 23502-4962
5114255         EDI: PRA.COM Nov 08 2019 00:13:00      Portfolio Recovery Associates,
                 Acct No 4003 4491 8895 ****,    120 Corporate Bld,   Suite 100,   Norfolk, VA 23502-4962
5136670         EDI: PRA.COM Nov 08 2019 00:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
5114685        +EDI: PRA.COM Nov 08 2019 00:13:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5129043         EDI: Q3G.COM Nov 08 2019 00:13:00      Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
5114257         EDI: AISTMBL.COM Nov 08 2019 00:13:00      T-Mobile,    Acct No 959817567,   P.O. Box 51843,
                 Los Angeles, CA 90051-6143
5118478         EDI: AIS.COM Nov 08 2019 00:13:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
```

```
District/off: 0314-1           User: LyndseyPr          Page 2 of 2           Date Rcvd: Nov 07, 2019
                               Form ID: 3180WH          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5114258        +EDI: WFNNB.COM Nov 08 2019 00:13:00      The BonTon,   Acct No 2117 0100 1523 ****,
                 P.O. Box 182789,   Columbus, OH 43218-2789
5136468         EDI: AIS.COM Nov 08 2019 00:13:00      Verizon,   by American InfoSource as agent,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
5114259        +EDI: VERIZONCOMB.COM Nov 08 2019 00:13:00      Verizon Wireless,   Acct No 9248 4124 00**,
                 P.O. Box 26055,   Minneapolis, MN 55426-0055
5114260         EDI: RMSC.COM Nov 08 2019 00:13:00      Walmart Dual Card,   Acct No 5239 1411 1003 ****,
                 P.O. Box 965024,   Orlando, FL 32896-5002
5114261        +EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo Bank,   Acct No 4465 4203 4720 8639,
                 P.O. Box 14517,   Des Moines, IA 50306-3517
5132751         EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                              TOTAL: 34

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              James M Bach   on behalf of Debtor 1 Alexander P. Vo JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alexander P. Vo** | Social Security number or ITIN **xxx–xx–0520** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:18–bk–04125–HWV** | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Alexander P. Vo

**By the court:** *Henry W. Van Eck*

11/7/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

**For more information, see page 2 >**

Form 3180WH                        **Chapter 13 Hardship Discharge**                        page 1

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**